**GGNSC ADMINISTRATIVE SERVICES LLC**

| Check No: | 8 | | Fed Mar. Status | MARRIED |
|---|---|---|---|---|
| Location: | 00715-GLC-BRIARWOOD-A | | Fed Exemptions | 2 |
| Employee: | LIVINGSTON RAYMOND | | | |
| | 3002 VALLEY VIEW CR | | | |
| | POWDER SPRINGS GA 30127 | | | |
| PeopleSoft ID: | 348919 | | | |
| Pay Date: | April 29, 2016 | | | |
| Pay Period: | 04/07/2016 - 04/20/2016 | | | |

### Earnings

| | Rate | Hours | Period | Year to Date |
|---|---|---|---|---|
| REGULAR | 28.00000 | 79.79 | 2234.12 | 19188.68 |
| OTIME 1 | 42.00000 | 14.96 | 628.32 | 6857.34 |
| IMPUTED LIFE | | | 0.00 | 15.48 |
| PTO/VACATION | | | 0.00 | 2016.00 |
| **Gross Earnings** | | | **2862.44** | **28077.50** |
| **Federal Taxable Earnings** | | | | **25271.30** |

### Pre-Tax Deductions

| | Period | Year to Date |
|---|---|---|
| 401K CONTRIBUTION | 286.24 | 2806.20 |
| **Total Pre-Tax Deductions** | **286.24** | **2806.20** |

### Withholdings

| | | |
|---|---|---|
| FEDERAL TAX | 254.70 | 2607.60 |
| FICA-SOCIAL SECURITY | 177.48 | 1740.81 |
| FICA-MEDICARE | 41.50 | 407.12 |
| GA TAX | 126.11 | 1259.90 |

### Voluntary Deductions

| | | |
|---|---|---|
| DIRECT DEPOSIT CHECKING | 1976.41 | 19240.39 |
| **Total Voluntary Deductions** | **1976.41** | **19240.39** |
| **Total Deductions** | **2262.65** | **22046.59** |
| **Total Taxes** | **599.79** | **6015.43** |
| **Net Earnings** | **1976.41** | **19240.39** |

### Deposits Distributions

| | Account Number | Amount |
|---|---|---|
| DDCHECKING | | 1976.41 |

### Time Off Available

| | Balance |
|---|---|
| PTO/VAC BALANCE | 26.90 |
| SICK BALANCE | 12.24 |

DISCLAIMER
Global Cash Card, when requested, from time to time, and in its sole discretion, posts electronic copies of Cardholder and non-Cardholder user paystubs and/or W-2's and/or W-2c's and/or 1099's. These copies are for informational purposes only, may not be relied upon by anyone to comply with any payroll or wage laws or regulations, have not been verified and may not be relied upon by anyone for any reason or purpose.

**GGNSC ADMINISTRATIVE SERVICES LLC**

| | | | | |
|---|---|---|---|---|
| Check No: | 7 | | Fed Mar. Status | MARRIED |
| Location: | 00715-GLC-BRIARWOOD-A | | Fed Exemptions | 2 |
| Employee: | LIVINGSTON RAYMOND | | | |
| | 3002 VALLEY VIEW CR | | | |
| | POWDER SPRINGS GA 30127 | | | |
| PeopleSoft ID: | 348919 | | | |
| Pay Date: | March 18, 2016 | | | |
| Pay Period: | 02/25/2016 - 03/09/2016 | | | |

### Earnings

| | Rate | Hours | Period | Year to Date |
|---|---|---|---|---|
| REGULAR | 28.00000 | 79.33 | 2221.24 | 12474.56 |
| OTIME 1 | 42.00000 | 22.68 | 952.56 | 3835.44 |
| IMPUTED LIFE | | | 0.00 | 11.61 |
| PTO/VACATION | | | 0.00 | 1792.00 |
| **Gross Earnings** | | | **3173.80** | **18113.61** |
| **Federal Taxable Earnings** | | | | **16303.41** |

### Pre-Tax Deductions

| | Period | Year to Date |
|---|---|---|
| 401K CONTRIBUTION | 317.38 | 1810.20 |
| **Total Pre-Tax Deductions** | **317.38** | **1810.20** |

### Withholdings

| | Period | Year to Date |
|---|---|---|
| FEDERAL TAX | 296.73 | 1655.13 |
| FICA-SOCIAL SECURITY | 196.77 | 1123.04 |
| FICA-MEDICARE | 46.02 | 262.65 |
| GA TAX | 142.92 | 807.21 |

### Voluntary Deductions

| | Period | Year to Date |
|---|---|---|
| DIRECT DEPOSIT CHECKING | 2173.98 | 12443.77 |
| **Total Voluntary Deductions** | **2173.98** | **12443.77** |
| **Total Deductions** | **2491.36** | **14253.97** |
| **Total Taxes** | **682.44** | **3848.03** |
| **Net Earnings** | **2173.98** | **12443.77** |

### Deposits Distributions

| | Account Number | Amount |
|---|---|---|
| DDCHECKING | | 2173.98 |

### Time Off Available

| | Balance |
|---|---|
| PTO/VAC BALANCE | **25.66** |
| SICK BALANCE | **7.65** |

DISCLAIMER

Global Cash Card, when requested, from time to time, and in its sole discretion, posts electronic copies of Cardholder and non-Cardholder user paystubs and/or W-2's and/or W-2c's and/or 1099's. These copies are for informational purposes only, may not be relied upon by anyone to comply with any payroll or wage laws or regulations, have not been verified and may not be relied upon by anyone for any reason or purpose.

**GGNSC ADMINISTRATIVE SERVICES LLC**

| | | | | |
|---|---|---|---|---|
| **Check No:** | 8 | | **Fed Mar. Status** | MARRIED |
| **Location:** | 00715-GLC-BRIARWOOD-A | | **Fed Exemptions** | 2 |
| **Employee:** | LIVINGSTON RAYMOND | | | |
| | 3002 VALLEY VIEW CR | | | |
| | POWDER SPRINGS GA 30127 | | | |
| **PeopleSoft ID:** | 348919 | | | |
| **Pay Date:** | March 31, 2016 | | | |
| **Pay Period:** | 03/10/2016 - 03/23/2016 | | | |

### Earnings

| | Rate | Hours | Period | Year to Date |
|---|---|---|---|---|
| REGULAR | 28.00000 | 80.00 | 2240.00 | 14714.56 |
| OTIME 1 | 42.00000 | 16.21 | 680.82 | 4516.26 |
| IMPUTED LIFE | | | 0.00 | 11.61 |
| PTO/VACATION | 28.00000 | 8.00 | 224.00 | 2016.00 |
| **Gross Earnings** | | | **3144.82** | **21258.43** |
| **Federal Taxable Earnings** | | | | **19133.75** |

### Pre-Tax Deductions

| | Period | Year to Date |
|---|---|---|
| 401K CONTRIBUTION | 314.48 | 2124.68 |
| **Total Pre-Tax Deductions** | **314.48** | **2124.68** |

### Withholdings

| | Period | Year to Date |
|---|---|---|
| FEDERAL TAX | 292.82 | 1947.95 |
| FICA-SOCIAL SECURITY | 194.98 | 1318.02 |
| FICA-MEDICARE | 45.60 | 308.25 |
| GA TAX | 141.36 | 948.57 |

### Voluntary Deductions

| | Period | Year to Date |
|---|---|---|
| DIRECT DEPOSIT CHECKING | 2155.58 | 14599.35 |
| **Total Voluntary Deductions** | **2155.58** | **14599.35** |
| **Total Deductions** | **2470.06** | **16724.03** |
| **Total Taxes** | **674.76** | **4522.79** |
| **Net Earnings** | **2155.58** | **14599.35** |

### Deposits Distributions

| | Account Number | Amount |
|---|---|---|
| **DDCHECKING** | | 2155.58 |

### Time Off Available

| | Balance |
|---|---|
| PTO/VAC BALANCE | **20.74** |
| SICK BALANCE | **9.18** |

DISCLAIMER
Global Cash Card, when requested, from time to time, and in its sole discretion, posts electronic copies of Cardholder and non-Cardholder user paystubs and/or W-2's and/or W-2c's and/or 1099's. These copies are for informational purposes only, may not be relied upon by anyone to comply with any payroll or wage laws or regulations, have not been verified and may not be relied upon by anyone for any reason or purpose.

**GGNSC ADMINISTRATIVE SERVICES LLC**

| | | | | |
|---|---|---|---|---|
| **Check No:** | 9 | | **Fed Mar. Status** | MARRIED |
| **Location:** | 00715-GLC-BRIARWOOD-A | | **Fed Exemptions** | 2 |
| **Employee:** | LIVINGSTON RAYMOND | | | |
| | 3002 VALLEY VIEW CR | | | |
| | POWDER SPRINGS GA 30127 | | | |
| **PeopleSoft ID:** | 348919 | | | |
| **Pay Date:** | March 04, 2016 | | | |
| **Pay Period:** | 02/11/2016 - 02/24/2016 | | | |

### Earnings

| | Rate | Hours | Period | Year to Date |
|---|---|---|---|---|
| REGULAR | 28.00000 | 80.00 | 2240.00 | 10253.32 |
| OTIME 1 | 42.00000 | 27.80 | 1167.60 | 2882.88 |
| IMPUTED LIFE | | | 3.87 | 11.61 |
| PTO/VACATION | | | 0.00 | 1792.00 |
| **Gross Earnings** | | | **3411.47** | **14939.81** |
| **Federal Taxable Earnings** | | | | **13446.99** |

### Pre-Tax Deductions

| | Period | Year to Date |
|---|---|---|
| 401K CONTRIBUTION | 340.76 | 1492.82 |
| **Total Pre-Tax Deductions** | **340.76** | **1492.82** |

### Withholdings

| | Period | Year to Date |
|---|---|---|
| FEDERAL TAX | 328.88 | 1358.40 |
| FICA-SOCIAL SECURITY | 211.51 | 926.27 |
| FICA-MEDICARE | 49.47 | 216.63 |
| GA TAX | 155.78 | 664.29 |

### Voluntary Deductions

| | Period | Year to Date |
|---|---|---|
| DIRECT DEPOSIT CHECKING | 2321.20 | 10269.79 |
| **Total Voluntary Deductions** | **2321.20** | **10269.79** |
| **Total Deductions** | **2661.96** | **11762.61** |
| **Total Taxes** | **745.64** | **3165.59** |
| **Net Earnings** | **2321.20** | **10269.79** |

### Deposits Distributions

| | Account Number | Amount |
|---|---|---|
| **DDCHECKING** | | **2321.20** |

### Time Off Available

| | Balance |
|---|---|
| PTO/VAC BALANCE | **22.58** |
| SICK BALANCE | **6.12** |

DISCLAIMER

Global Cash Card, when requested, from time to time, and in its sole discretion, posts electronic copies of Cardholder and non-Cardholder user paystubs and/or W-2's and/or W-2c's and/or 1099's. These copies are for informational purposes only, may not be relied upon by anyone to comply with any payroll or wage laws or regulations, have not been verified and may not be relied upon by anyone for any reason or purpose.

**GGNSC ADMINISTRATIVE SERVICES LLC**

| | |
|---|---|
| Check No: | 9 |
| Location: | 00715-GLC-BRIARWOOD-A |
| Employee: | LIVINGSTON RAYMOND |
| | 3002 VALLEY VIEW CR |
| | POWDER SPRINGS GA 30127 |
| PeopleSoft ID: | 348919 |
| Pay Date: | March 04, 2016 |
| Pay Period: | 02/11/2016 - 02/24/2016 |

| | |
|---|---|
| Fed Mar. Status | MARRIED |
| Fed Exemptions | 2 |

### Earnings

| | Rate | Hours | Period | Year to Date |
|---|---:|---:|---:|---:|
| REGULAR | 28.00000 | 80.00 | 2240.00 | 10253.32 |
| OTIME 1 | 42.00000 | 27.80 | 1167.60 | 2882.88 |
| IMPUTED LIFE | | | 3.87 | 11.61 |
| PTO/VACATION | | | 0.00 | 1792.00 |
| **Gross Earnings** | | | **3411.47** | **14939.81** |
| **Federal Taxable Earnings** | | | | **13446.99** |

### Pre-Tax Deductions

| | Period | Year to Date |
|---|---:|---:|
| 401K CONTRIBUTION | 340.76 | 1492.82 |
| **Total Pre-Tax Deductions** | **340.76** | **1492.82** |

### Withholdings

| | | |
|---|---:|---:|
| FEDERAL TAX | 328.88 | 1358.40 |
| FICA-SOCIAL SECURITY | 211.51 | 926.27 |
| FICA-MEDICARE | 49.47 | 216.63 |
| GA TAX | 155.78 | 664.29 |

### Voluntary Deductions

| | | |
|---|---:|---:|
| DIRECT DEPOSIT CHECKING | 2321.20 | 10269.79 |
| **Total Voluntary Deductions** | **2321.20** | **10269.79** |

| | | |
|---|---:|---:|
| **Total Deductions** | **2661.96** | **11762.61** |
| **Total Taxes** | **745.64** | **3165.59** |
| **Net Earnings** | **2321.20** | **10269.79** |

### Deposits Distributions

| | Account Number | Amount |
|---|---|---:|
| **DDCHECKING** | | **2321.20** |

### Time Off Available

| | Balance |
|---|---:|
| PTO/VAC BALANCE | **22.58** |
| SICK BALANCE | **6.12** |

DISCLAIMER

Global Cash Card, when requested, from time to time, and in its sole discretion, posts electronic copies of Cardholder and non-Cardholder user paystubs and/or W-2's and/or W-2c's and/or 1099's. These copies are for informational purposes only, may not be relied upon by anyone to comply with any payroll or wage laws or regulations, have not been verified and may not be relied upon by anyone for any reason or purpose.

**GGNSC ADMINISTRATIVE SERVICES LLC**

| | | | | |
|---|---|---|---|---|
| **Check No:** | 7 | | **Fed Mar. Status** | MARRIED |
| **Location:** | 00715-GLC-BRIARWOOD-A | | **Fed Exemptions** | 2 |
| **Employee:** | LIVINGSTON RAYMOND | | | |
| | 3002 VALLEY VIEW CR | | | |
| | POWDER SPRINGS GA 30127 | | | |
| **PeopleSoft ID:** | 348919 | | | |
| **Pay Date:** | March 18, 2016 | | | |
| **Pay Period:** | 02/25/2016 - 03/09/2016 | | | |

### Earnings

| | Rate | Hours | Period | Year to Date |
|---|---:|---:|---:|---:|
| REGULAR | 28.00000 | 79.33 | 2221.24 | 12474.56 |
| OTIME 1 | 42.00000 | 22.68 | 952.56 | 3835.44 |
| IMPUTED LIFE | | | 0.00 | 11.61 |
| PTO/VACATION | | | 0.00 | 1792.00 |
| **Gross Earnings** | | | **3173.80** | **18113.61** |
| **Federal Taxable Earnings** | | | | **16303.41** |

### Pre-Tax Deductions

| | Period | Year to Date |
|---|---:|---:|
| 401K CONTRIBUTION | 317.38 | 1810.20 |
| **Total Pre-Tax Deductions** | **317.38** | **1810.20** |

### Withholdings

| | | |
|---|---:|---:|
| FEDERAL TAX | 296.73 | 1655.13 |
| FICA-SOCIAL SECURITY | 196.77 | 1123.04 |
| FICA-MEDICARE | 46.02 | 262.65 |
| GA TAX | 142.92 | 807.21 |

### Voluntary Deductions

| | | |
|---|---:|---:|
| DIRECT DEPOSIT CHECKING | 2173.98 | 12443.77 |
| **Total Voluntary Deductions** | **2173.98** | **12443.77** |
| **Total Deductions** | **2491.36** | **14253.97** |
| **Total Taxes** | **682.44** | **3848.03** |
| **Net Earnings** | **2173.98** | **12443.77** |

### Deposits Distributions

| | Account Number | Amount |
|---|---|---:|
| **DDCHECKING** | | **2173.98** |

### Time Off Available

| | Balance |
|---|---:|
| PTO/VAC BALANCE | **25.66** |
| SICK BALANCE | **7.65** |

DISCLAIMER

Global Cash Card, when requested, from time to time, and in its sole discretion, posts electronic copies of Cardholder and non-Cardholder user paystubs and/or W-2's and/or W-2c's and/or 1099's. These copies are for informational purposes only, may not be relied upon by anyone to comply with any payroll or wage laws or regulations, have not been verified and may not be relied upon by anyone for any reason or purpose.

Pay Stub                                                                                                           Page 1 of 2

| WELLSTAR HEALTH SYSTEM | Number | 1192266 |
| --- | --- | --- |
| 805 Sandy Plains Road | Check Date | 04/28/2016 |
| Marietta, GA 30066 United States of America | | |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Marie C. Raymond                                                                                              **Net Pay**  495.21
3002 VALLEY VIEW CIRCLE
POWDER SPRINGS, GA 30127                                                                         NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
| --- | --- | --- | --- | --- | --- |
| Marie C. Raymond | 0924 | 25690 | 230 | 20005 | 04/23/2016 |

**Summary**

| Description | Hours | Current | Year to Date |
| --- | --- | --- | --- |
| Paid Gross Wages | 122.40 | 1167.57 | 10285.31 |
| Total Deductions | | 672.36 | 6040.95 |
| Total Net | | 495.21 | 4244.36 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
| --- | --- | --- | --- | --- |
| Unscheduled Absence * | | | | |
| Holiday Differential | | | | 92.80 |
| Shift 2 Differential | 25.90 | | 28.50 | 185.91 |
| Paid Time Off | | | | 2578.80 |
| Regular | 72.40 | 15.35 | 1111.35 | 6873.76 |
| Sitter Regular | | | | 373.01 |
| Weekend Differential | 24.10 | | 27.72 | 181.03 |

**Deductions**

| Description | Current | Year to Date |
| --- | --- | --- |
| HSA Family Company | | 1000.00 |
| Kennestone Womens Shop | | 47.63 |
| Superior Scrubs-KH Volunteers | | 25.41 |
| Garnishment | 265.74 | 2341.50 |
| 403B-PCT : M: EE | 58.38 | 514.26 |
| 403B - PCT : M: CO | 23.35 | 205.70 |
| Federal Tax | | 7.71 |

https://lawson.wellstar.org/lawson/xhrnet/ui/windowplain.htm?func=opener.PrepareStub(0)          5/2/2016

|  |  |  |
|---|---:|---:|
| Georgia State Tax | 28.06 | 239.86 |
| OASDI Tax-Employee | 62.03 | 544.44 |
| Medicare Tax-Employee | 14.51 | 127.33 |
| Dental Choice | 24.50 | 220.50 |
| Essential Vision | 9.45 | 85.05 |
| Voluntary ShorTerm Disability | 13.47 | 121.23 |
| WellShare Select | 133.17 | 1198.53 |
| Voluntary Perm Life | 42.05 | 420.50 |
| Health Place Member - Em/1 | 21.00 | 147.00 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx4432 | xxxxxxxxxxxxx8615 | Members First Credit Union | 150.00 |
| xxxxx0227 | xxxxxxxxxxxxx8931 | Wells Fargo Bank | 345.21 |

| WELLSTAR HEALTH SYSTEM | | |
|---|---|---|
| 805 Sandy Plains Road | Number | 1175111 |
| Marietta, GA 30066 United States of America | Check Date | 04/14/2016 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Marie C. Raymond  
3002 VALLEY VIEW CIRCLE  
POWDER SPRINGS, GA 30127  
US

**Net Pay** 489.77

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Marie C. Raymond | 0924 | 25690 | 230 | 20005 | 04/09/2016 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Paid Gross Wages | 106.95 | 1158.51 | 9117.74 |
| Total Deductions | | 668.74 | 5368.59 |
| Total Net | | 489.77 | 3749.15 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Unscheduled Absence * | | | | |
| Holiday Differential | | | | 92.80 |
| Shift 2 Differential | 21.75 | | 23.93 | 157.41 |
| Paid Time Off | 12.00 | 15.35 | 184.20 | 2578.80 |
| Regular | 61.00 | 15.35 | 936.35 | 5762.41 |
| Sitter Regular | | | | 373.01 |
| Weekend Differential | 12.20 | | 14.03 | 153.31 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| HSA Family Company | | 1000.00 |
| Kennestone Womens Shop | | 47.63 |
| Superior Scrubs-KH Volunteers | | 25.41 |
| Garnishment | 263.78 | 2075.76 |
| 403B-PCT : M: EE | 57.93 | 455.88 |
| 403B - PCT : M: CO | 23.17 | 182.35 |
| Federal Tax | | 7.71 |

|  | Georgia State Tax | 27.87 | 184.25 |
|---|---|---|---|
|  | OASDI Tax-Employee | 61.82 | 420.94 |
|  | Medicare Tax-Employee | 14.46 | 98.45 |
|  | Dental Choice | 24.50 | 171.50 |
|  | Essential Vision | 9.45 | 66.15 |
|  | Voluntary ShorTerm Disability | 13.47 | 94.29 |
|  | WellShare Select | 133.17 | 932.19 |
|  | Voluntary Perm Life | 42.05 | 336.40 |
|  | Health Place Member - Em/1 | 21.00 | 105.00 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4432 | xxxxxxxxxxxxx8615 | Members First Credit Union | 150.00 |
| xxxxx0227 | xxxxxxxxxxxxx8931 | Wells Fargo Bank | 343.24 |

WELLSTAR HEALTH SYSTEM
805 Sandy Plains Road
Marietta, GA 30066 United States of America

Number   1161602
Check Date   03/31/2016

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Marie C. Raymond
3002 VALLEY VIEW CIRCLE
POWDER SPRINGS, GA 30127
US

**Net Pay 493.24**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Marie C. Raymond | 0924 | 25690 | 230 | 20005 | 03/26/2016 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Paid Gross Wages | 122.00 | 1164.27 | 7959.23 |
| Total Deductions | | 671.03 | 4699.85 |
| Total Net | | 493.24 | 3259.38 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Unscheduled Absence * | | | | |
| Holiday Differential | | | | 92.80 |
| Shift 2 Differential | 25.70 | | 28.28 | 133.48 |
| Paid Time Off | | | | 2394.60 |
| Regular | 60.20 | 15.35 | 924.07 | 4826.06 |
| Sitter Regular | 12.00 | 15.35 | 184.20 | 373.01 |
| Weekend Differential | 24.10 | | 27.72 | 139.28 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| HSA Family Company | | 1000.00 |
| Kennestone Womens Shop | | 47.63 |
| Superior Scrubs-KH Volunteers | | 25.41 |
| Garnishment | 265.03 | 1811.98 |
| 403B-PCT : M: EE | 58.21 | 397.95 |
| 403B - PCT : M: CO | 23.29 | 159.18 |
| Federal Tax | | 7.71 |

|  |  |  |
|---|---:|---:|
| Georgia State Tax | 27.18 | 156.38 |
| OASDI Tax-Employee | 61.06 | 359.12 |
| Medicare Tax-Employee | 14.28 | 83.99 |
| Dental Choice | 24.50 | 147.00 |
| Essential Vision | 9.45 | 56.70 |
| Voluntary ShorTerm Disability | 13.47 | 80.82 |
| WellShare Select | 133.17 | 799.02 |
| Voluntary Perm Life | 42.05 | 294.35 |
| Health Place Member - Em/1 | 21.00 | 84.00 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx4432 | xxxxxxxxxxxxx8615 | Members First Credit Union | 150.00 |
| xxxxx0227 | xxxxxxxxxxxxx8931 | Wells Fargo Bank | 335.87 |

WELLSTAR HEALTH SYSTEM
805 Sandy Plains Road
Marietta, GA 30066 United States of America

Number        1148083
Check Date    03/17/2016

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Marie C. Raymond
3002 VALLEY VIEW CIRCLE
POWDER SPRINGS, GA 30127
US

**Net Pay** 485.87

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Marie C. Raymond | 0924 | 25690 | 230 | 20005 | 03/12/2016 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Paid Gross Wages | 110.10 | 1152.00 | 6794.96 |
| Total Deductions | | 666.13 | 4028.82 |
| Total Net | | 485.87 | 2766.14 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Unscheduled Absence * | | | | |
| Holiday Differential | | | | 92.80 |
| Shift 2 Differential | 25.80 | | 28.39 | 105.20 |
| Paid Time Off | | | | 2394.60 |
| Regular | 72.30 | 15.35 | 1109.81 | 3901.99 |
| Sitter Regular | | | | 188.81 |
| Weekend Differential | 12.00 | | 13.80 | 111.56 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| HSA Family Company | | 1000.00 |
| Kennestone Womens Shop | | 47.63 |
| Superior Scrubs-KH Volunteers | | 25.41 |
| Garnishment | 262.37 | 1546.95 |
| 403B-PCT : M: EE | 57.60 | 339.74 |
| 403B - PCT : M: CO | 23.04 | 135.89 |
| Federal Tax | | 7.71 |

|  |  |  |
|---|---:|---:|
| Georgia State Tax | 27.55 | 211.80 |
| OASDI Tax-Employee | 61.47 | 482.41 |
| Medicare Tax-Employee | 14.37 | 112.82 |
| Dental Choice | 24.50 | 196.00 |
| Essential Vision | 9.45 | 75.60 |
| Voluntary ShorTerm Disability | 13.47 | 107.76 |
| WellShare Select | 133.17 | 1065.36 |
| Voluntary Perm Life | 42.05 | 378.45 |
| Health Place Member - Em/1 | 21.00 | 126.00 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx4432 | xxxxxxxxxxxxx8615 | Members First Credit Union | 150.00 |
| xxxxx0227 | xxxxxxxxxxxxx8931 | Wells Fargo Bank | 339.77 |

https://lawson.wellstar.org/lawson/xhrnet/ui/windowplain.htm?func=opener.PrepareStub(1)    5/2/2016