**UNITED STATES BANKRUPTCY COURT**

For The Northern District of Georgia

In Re: Debtor(s)
**Livingston Raymond**
3002 Valley View Circle
Powder Springs, GA 30127–1865

xxx–xx–1086

**Marie Cadettel Raymond**
3002 Valley View Circle
Powder Springs, GA 30127–1865

xxx–xx–0924

: Case No.: **16–59238–pwb**
: Judge:  **Paul W. Bonapfel**
: Chapter:  **7**

**Clerk's Notice Re: United States Trustee's Statement of Insufficient Information
Necessary to Make Presumption of Abuse Determination**

You are hereby notified that:

The United States Trustee has determined that the debtor has not filed nor transmitted all of the required means testing documents and that without these documents, the United States Trustee cannot make a determination as to whether debtor's case is presumed to be an abuse under 11 U.S.C. § 707(b)(2).

Dated:  August 8, 2016

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 404