IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 7 |
| : | |
| LIVINGSTON RAYMOND, : | CASE:  16-59238-PWB |
| MARIE CADETTEL RAYMOND, : | |
| DEBTORS. : | |
| : | |

STIPULATION BETWEEN THE
UNITED STATES TRUSTEE AND THE DEBTORS

COME NOW Guy G. Gebhardt, acting United States Trustee for Region 21, and Livingston Raymond and Marie Cadettel Raymond, the debtors, by and through their undersigned attorney, and stipulate and agree to the following:

1.

The United States Trustee is reviewing this case pursuant to Bankruptcy Code sections 704(b), 707(b), and 727.

2.

The chapter 7 trustee held and concluded the section 341(a) meeting of creditors on July 26, 2016.

3.

On August 5, 2016, the United States Trustee timely filed a statement required by Bankruptcy Code section 704(b)(1)(A) (the "Ten Day Statement"). At that time, the United States Trustee was unable to determine whether the debtors' case would be presumed to be an abuse under Section 707(b) of the Bankruptcy Code.

4.

The debtors agree that if on or before *October 31, 2016*, the United States Trustee files a motion to dismiss the case based on a presumption of abuse arising under section 707(b)(2), the debtors will not object to such motion on the ground that it is untimely or otherwise contend that it is deficient on such ground.

5.

Debtors and the United States Trustee further stipulate and agree that in the event this case converts to chapter 13 and is subsequently reconverted to chapter 7, the time periods within which the United States Trustee is required to file a statement under section 704(b)(1) and a motion to dismiss under section 707(b)(2) shall recommence.

The debtors will not object or raise any issue regarding the filing of a motion to dismiss pursuant to sections 707 and 727 beyond the time frame described in section 704.

Executed as of the 29th day of August, 2016.

So stipulated by:

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE,             So stipulated by:
REGION 21

*s/ Martin P. Ochs*                        *s/ Larry J. White*   *
MARTIN P. OCHS                             Larry J. White
NY Bar No. MO-1203                         Georgia Bar No. 754550
GA Bar No. 091608                          4406 Marietta Street
United Stated Department of Justice        P.O. Box 1106
Office of the United States Trustee        Powder Springs, GA 30127-7106
362 Richard B. Russell Building            (770) 222-1400
75 Ted Turner Dr., S.W.                    Email: lwhiteattorney@bellsouth.net
Atlanta, Georgia 30303
 (404)-331-4437
martin.p.ochs@usdoj.gov                    *Signed by Martin P. Ochs, with permission*